FILED

02/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0449

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0449

_____

JOSEPH AND SHARLENE LOENDORF;
ABRAHAM AND KATHY STEVENS,

     Plaintiffs and Appellees,

  v.                             O R D E R

EMPLOYERS MUTUAL CASUALTY
COMPANY, a foreign corporation,

     Defendant and Appellant.

_____

Montana Rule of Appellate Procedure 11(4)(a) requires a reply brief to not exceed 5,000 words.

The Court has determined that Appellant's reply brief filed February 4, 2022, does not comply with this Rule. Therefore,

IT IS ORDERED that within ten days of the date of this Order, Appellant shall electronically re-file a reply brief of 5,000 words or less with the Clerk of this Court and serve one copy upon each counsel of record.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record.

DATED this 4 day of February, 2022.

                     For the Court,

                     By_____
                        Justice Jim Rice

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
February 4 2022